UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  4:24CR00619 AGF |
| | ) |
| GEORGE S. PACE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the sentencing as to defendant **George S. Pace** is set for **Monday, May 4, 2026 at 10:45 a.m. in Courtroom 3 North.**

**IT IS FURTHER ORDERED** that the deadline for filing objections, if any, to the Presentence Report as to defendant **George S. Pace** is within fourteen (14) days of the filing of the Disclosure Copy of the Presentence Report.

**IT IS FURTHER ORDERED** that no objections shall be filed after the deadline without leave of the Court.   A request for leave to file objections out of time must be in writing and supported by reasons for the request.

**IT IS FURTHER ORDERED** that the parties shall inform the Court, in writing, and not less than seven (7) days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of witnesses and the estimated length of such testimony.

**IT IS FINALLY ORDERED** that the parties must file any memoranda no later than fourteen (14) days before sentencing date except that a response to a sentencing memorandum may be filed no later than seven (7) days before the sentencing date.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 28th day of January, 2026.