IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:24 CR 0619 AFG |
| | ) |
| GEORGE PACE, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE THE DUE DATE FOR OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT AND SENTENCING HEARING**

COMES NOW defendant GEORGE PACE, through his attorney, Eric M. Selig, Assistant Federal Public Defender, and requests the due date for the objections to the Pre-Sentence Investigation Report be continued for 30 days and the sentencing hearing presently scheduled for May 4, 2026 be continued. In support of this motion, the defendant states the following:

1. On March 30, 2026, the U. S. Probation Officer Allison Carter filed the Disclosure Presentence Investigation Report.

2. The Presentence Investigation Report included a Specific Offense Characteristic that the parties did not recommend. (Paragraph 35)

3. The Presentence Investigation Report included some evidence that is not agreed upon.

4.  Undersigned counsel requests additional time to research and prepare for an objection for this possible guideline enhancement and to obtain records that can disprove the disputed evidence.

5.  A 30-day continuance will provide adequate time for counsel to prepare for the objections and sentencing and protect the defendant's rights to due process, equal protection and effective assistance of counsel as guaranteed by the 5th and 6th Amendments to the United States Constitution.

6.  Counsel has discussed this continuance with Assistant United States Attorney Gwendolyn Carroll and he has no objections.

WHEREFORE, defendant requests that (i) the PSR objections deadline be continued for 30 days; and (ii) the sentencing hearing be continued to a later date convenient to the Court.

Respectfully submitted,

/s/Eric M. Selig
ERIC M. SELIG 40673MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-1255
E-mail: Eric_Selig@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Gwendolyn Carroll, Assistant United States Attorney.

/s/Eric Selig
ERIC SELIG40673MO
Assistant Federal Public Defender