IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:24 CR 0619 AFG |
| | ) |
| GEORGE PACE, | ) |
| | ) |
| Defendant. | ) |

## <u>DEFENDANT'S MOTION TO CONTINUE THE SENTENCING HEARING</u>

COMES NOW defendant GEORGE PACE, through his attorney, Eric M. Selig, Assistant Federal Public Defender, the sentencing hearing presently scheduled for June 17, 2026 be continued. In support of this motion, the defendant states the following:

1. Defendant's sentencing hearing has been scheduled for June 17, 2026.

2. Defendant's Counsel will be out of the State on June 17, 2026

WHEREFORE, defendant requests that the sentencing hearing be continued to a later date convenient to the Court. Counsel can provide availability dates to the Court.

Respectfully submitted,

/s/Eric M. Selig
ERIC M. SELIG 40673MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255

Fax: (314) 421-1255
E-mail: Eric_Selig@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Gwendolyn Carroll, Assistant United States Attorney.

/s/Eric Selig
ERIC SELIG40673MO
Assistant Federal Public Defender