UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )    No. 4:24-CR-00619-AGF
)
GEORGE S. PACE, )
)
Defendant. )
)

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion for Leave to File Under Seal

Sentencing Memorandum [Doc. No. 99] is **GRANTED in part and DENIED in part.**  Defendant

is directed to file a redacted copy of the memorandum by **Friday, June 5, 2026**, redacting only the

confidential portions of the memorandum and exhibits, in accordance with E.D. Mo. L.R.

13.05(A)(4)(c).

Dated this 3rd day of June, 2026.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE