IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:24 CR 619 AGF |
| | ) |
| GEORGE PACE | ) |
| | ) |
| Defendant. | |

## <u>DEFENDANT'S RESPONSE TO GOVERNMENT'S ADDENDUM</u>

COMES NOW, Defendant George Pace, by and through his attorneys, Assistant Federal Public Defender Kevin C. Curran and Eric M. Selig and states the following as defendant's response to government's addendum to their sentencing memorandum filed on June 3, 2026.

1. Defendant never had any direct contact with the attorneys for C.F. All contact was done through retained counsel.

2. On October 10, 2023, counsel for C.F. sent the demand letter for stating:

> C.F. demands a full repayment of the total amount owed by Mr. Pace to CF currently totaling $123,342.38, within **30 days** of the date of this letter. Payment in full must also include interest at a rate of 5.35 percent, which will accrue between the date of this letter and the day of repayment. C.F. further demands that Mr. Pace make a payment of at least $30,000 toward the total amount owed within **10 days** of the date of this letter. In addition, C.F. demands that Mr. Pace provide collateral worth at least $125,000 in value within **7 days**…

3. The demand letter went to an attorney that had not been retained by the defendant. The defendant is not sure to this day why it went to that attorney.

4. Defendant did not receive the letter until approximately ten days after it was sent by FedEx to an attorney.

5. The defendant spent a period of time contacting lawyers to find one he was able to afford. On October 13, 2023, he spoke with the attorney named in the attachment to the defendant's sentencing memorandum.

6. That attorney recalls he had two, possibly three, contacts with the attorney for C.F. The contacts were in an effort to come to a settlement and payment plan for the amount the defendant owed.

7.  The last contact with C.F.'s lawyers is attached to defendant's prior sentencing memorandum. The next thing the defendant heard regarding C.F. was from contact with the Federal Public Defender's office he was going to be indicted.

Respectfully submitted,

/s/ Kevin C. Curran
KEVIN C. CURRAN, 29234MO
Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Kevin_Curran@fd.org
ATTORNEY FOR DEFENDANT

2

/s/ Eric M. Selig
ERIC M. Selig 40673MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, MO 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
Email: Eric_Selig@fd.org
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Gwendolyn Carroll, Assistant United States Attorney.

/s/ Kevin C. Curran
KEVIN C. CURRAN
Assistant Federal Public Defender

/s/ Eric Selig
ERIC SELIG
Assistant Federal Public Defender